HYGALL CLOTHING COMPANY, Respondent, *v.* HARRY KATZ'S CLOTHES, INC., et al., Appellants, Impleaded with Another.

Submitted June 18, 1941; decided July 29, 1941.

*Archibald Palmer* and *Samuel Masia* for motion.

*Saul S. Brin* opposed.

Motion dismissed, with ten dollars costs and necessary printing disbursements, on the ground there has been no final determination of the action.    (See 286 N. Y. 708.)